ORIGINAL

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 16 2007
CLERK, U.S. DISTRICT COURT
By NB
Deputy

MARK S. "BEAR" DANIELS
Plaintiff

v.

RENO AIR RACING ASSOCIATION ET AL
Defendant

Civil Action No. 3-07CV1414-L

## COMPLAINT

# 470 RICO violations: Perpetrated by Michael J. Houghton, President & CEO of Reno Air Racing Association (RARA), Stead, Nevada; Valerie Enos, Marketing Director, RARA; Tom Gribbin, Board of Directors RARA, President, Reno Air Race Foundation (RARF), Board of Trustee, Airport Authority of Washoe County (AAWC) and Wayne Sagar, Owner, AAFO.Com, an Agent of RARA; James Richard Campbell, Aero-News.Net, an Agent of RARA and the Rocket Racing League (RRL).During the week leading up to August 2, 2007, Mr. Ron Buccarelli, Co-owner of the Precious Metal Air Racing Team, of Ft. Lauderdale, Florida, received "scathing" and "threatening" phone calls and e-mails from Houghton, Sagar and Enos. One of his crew, Mike Gallagher, of Washoe County, Nevada, received similar messages threatening Mr. Buccarelli that if he did not end his association with me and shut down a website I was building for him with profit potential for his Team, that he would be "disinvited" or banished from the National Championship Air Races. As a result, Mr. Buccarelli has ordered me to take down his website as his aircraft is currently at Stead Airport, in the RARA hangar, taken apart for maintenace and vulernable to attack, theft and/or sabotage. The hositility is directed toward me for reporting on criminal scandals involving Houghton, RARA and the AAWC, involving the fraudulent sale of racecourse land, the coming shutdown of the Reno Air Races, the unlawful and fraudulent taking of Federal Aviation Administration AIP Grant funding while this shutdown is inprocess, and the unlawful use of Airport land for planned non-Aviation purposes etc.

Date AUGUST 12, 2007

Signature

Print Name MARK S. "BEAR" DANIELS

Address 104 OAKHURST DRIVE

City, State, Zip SEAGOVILLE, TEXAS 75159

Telephone 1-972-287-4788

YAHOO! MAIL Print - Close Window

| | |
|---|---|
| **X-Apparently-To:** | bearzbearzbearz@yahoo.com via 69.147.64.47; Fri, 03 Aug 2007 15:55:59 -0700 |
| **X-Originating-IP:** | [209.225.8.187] |
| **Return-Path:** | <racersedgephoto@charter.net> |
| **Authentication-Results:** | mta408.mail.re4.yahoo.com from=charter.net; domainkeys=neutral (no sig) |
| **Received:** | from 209.225.8.187 (EHLO mtao02.charter.net) (209.225.8.187) by mta408.mail.re4.yahoo.com with SMTP; Fri, 03 Aug 2007 15:55:58 -0700 |
| **Received:** | from aa03.charter.net ([10.20.200.155]) by mtao02.charter.net (InterMail vM.7.08.02.00 201-2186-121-20061213) with ESMTP id <20070803225558.FFMH16610.mtao02.charter.net@aa03.charter.net> for <bearzbearzbearz@yahoo.com>; Fri, 3 Aug 2007 18:55:58 -0400 |
| **Received:** | from ourhobbyroom ([71.94.24.51]) by aa03.charter.net with SMTP id <20070803225558.QPSE7864.aa03.charter.net@ourhobbyroom> for <bearzbearzbearz@yahoo.com>; Fri, 3 Aug 2007 18:55:58 -0400 |
| **Message-ID:** | <000e01c7d621$7aaef660$33185e47@ourhobbyroom> |
| **From:** | "Michael Gallagher" <racersedgephoto@charter.net> |
| **To:** | "Mark Daniels" <bearzbearzbearz@yahoo.com> |
| **Subject:** | PM website |
| **Date:** | Fri, 3 Aug 2007 15:56:07 -0700 |
| **MIME-Version:** | 1.0 |
| **Content-Type:** | multipart/alternative; boundary="----=_NextPart_000_000B_01C7D5E6.CDF7EC40" |
| **X-Priority:** | 3 |
| **X-MSMail-Priority:** | Normal |
| **X-Mailer:** | Microsoft Outlook Express 6.00.2900.3138 |
| **X-MimeOLE:** | Produced By Microsoft MimeOLE V6.00.2900.3138 |
| **X-Chzlrs:** | 0 |
| **Content-Length:** | 1280 |

Hi Mark

Well I guess the website is declared dead. Ron is upset about it and so am I. Ron said you had the beginning of a first class website. but RARA is being an a--hole about it and now Wayne is also being a total ass. He thinks I don't deserve any type of exposure. Oh well. After 6 years of this bullshit I am now throwing in the towel. I sent in my form to get my press pass and now I know I won't be getting it. This is really getting old. I am sure he is the one who talked with RARA about the website and now they are telling Ron that if he dosen't stop the website and stop associating with you then he won't be able to race. So what choice does Ron have? I feel bad for him. I was hoping things may have calmed down by now. But Wayne has never been happy with me. He has neveer posted a photo from me. And he's upset that I didn't report about Precious Metal being repaired last weekend. Ron said he didn't want any thing being written about it until they were sure about the super charger being repaired. Anyway, I've had it. Thanks again for eveything you have done for me. You taught me alot, and for that I say, THANK YOU from my heart.

Mike Gallagher

YAHOO! MAIL

Print - Close Window

| | |
|---|---|
| **Received:** | from [75.52.154.182] by web83311.mail.sp1.yahoo.com via HTTP; Sat, 11 Aug 2007 09:10:34 PDT |
| **Date:** | Sat, 11 Aug 2007 09:10:33 -0700 (PDT) |
| **From:** | "Mark S Daniels" <bearzbearzbearz@yahoo.com> |
| **Subject:** | Re: Update & Notice of Disclaimer |
| **To:** | RBHOFL@aol.com |
| **In-Reply-To:** | <d44.101baa51.33ef145b@aol.com> |
| **MIME-Version:** | 1.0 |
| **Content-Type:** | multipart/alternative; boundary="0-493924207-1186848633=:65424" |
| **Content-Transfer-Encoding:** | 8bit |
| **Content-Length:** | 1006 |

Roger that...yanking it down, then. BRDB!!!

***RBHOFL@aol.com*** wrote:

> MARK, I DO NOT WANT ANY TROUBLE, I THINK IF YOU PUT UP A WEBSITE, LIKE YOU JUST DESCRIBED, WOULD HURT MY TEAM IN THE EYES OF RARA. I TOLD THEM I WOULD TAKE THE SITE THAT YOU DID FOR PM DOWN. I DO NOT WANT TO SEE US IN ANY MORE TROUBLE WITH RARA. I THINK IT WILL ANTAGONIZE THEM. I HAVE TO THINK ABOUT WHAT IS BEST FOR THE PM TEAM. THIS WOULD BE HARMFUL TO US.
> RESPECTFULLY,
>
> *RON BUCCARELLI*
>
> ---
>
> Get a sneak peek of the all-new AOL.com.

BRDB!!! (= Best Regards DA BEAR!!!)
a.k.a. Mark S. "Bear" Daniels
Publisher:
Images of Light Internet Press Service (ILIPS)

YAHOO! MAIL

Print - Close Window

| | |
|---|---|
| **Received:** | from [75.52.154.182] by web83306.mail.sp1.yahoo.com via HTTP; Sat, 11 Aug 2007 09:18:37 PDT |
| **Date:** | Sat, 11 Aug 2007 09:18:37 -0700 (PDT) |
| **From:** | "Mark S Daniels" <bearzbearzbearz@yahoo.com> |
| **Subject:** | Re: Update & Notice of Disclaimer |
| **To:** | RBHOFL@aol.com |
| **In-Reply-To:** | <d44.101baa51.33ef145b@aol.com> |
| **MIME-Version:** | 1.0 |
| **Content-Type:** | multipart/alternative; boundary="0-1461379148-1186849117=:28109" |
| **Content-Transfer-Encoding:** | 8bit |
| **Content-Length:** | 1372 |

Site is down...you should refresh if you see anything there other than a black, blank page. I'll use it to redirect traffic over to my sites later. A redirect is where someone comes in to an old page, there's a link to another page, they click on the link and go to the other page where something different not involving Precious Metal will be waiting for them.

Sometimes takes a while in your location for pages to change, however, what is up right now has a black background and is blank, no text, no anything other than black.

BRDB!!!

***RBHOFL@aol.com*** wrote:

> MARK, I DO NOT WANT ANY TROUBLE, I THINK IF YOU PUT UP A WEBSITE, LIKE YOU JUST DESCRIBED, WOULD HURT MY TEAM IN THE EYES OF RARA. I TOLD THEM I WOULD TAKE THE SITE THAT YOU DID FOR PM DOWN. I DO NOT WANT TO SEE US IN ANY MORE TROUBLE WITH RARA. I THINK IT WILL ANTAGONIZE THEM. I HAVE TO THINK ABOUT WHAT IS BEST FOR THE PM TEAM. THIS WOULD BE HARMFUL TO US.
> RESPECTFULLY,
>
> *RON BUCCARELLI*
>
> ---
>
> Get a sneak peek of the all-new AOL.com.

BRDB!!! (= Best Regards DA BEAR!!!)
a.k.a. Mark S. "Bear" Daniels
Publisher:
Images of Light Internet Press Service (ILIPS)

YAHOO! MAIL

Print - Close Window

| | |
|---|---|
| **X-Apparently-To:** | bearzbearzbearz@yahoo.com via 69.147.64.43; Fri, 03 Aug 2007 11:09:52 -0700 |
| **X-Originating-IP:** | [205.188.139.137] |
| **Return-Path:** | <rbhofl@aol.com> |
| **Authentication-Results:** | mta318.mail.re4.yahoo.com from=aol.com; domainkeys=neutral (no sig) |
| **Received:** | from 205.188.139.137 (EHLO imo-d23.mx.aol.com) (205.188.139.137) by mta318.mail.re4.yahoo.com with SMTP; Fri, 03 Aug 2007 11:09:52 -0700 |
| **Received:** | from RBHOFL@aol.com by imo-d23.mx.aol.com (mail_out_v38_r9.2.) id r.c10.1889c807 (60433) for <bearzbearzbearz@yahoo.com>; Fri, 3 Aug 2007 14:09:39 -0400 (EDT) |
| **Received:** | from FWM-D01 (fwm-d01.webmail.aol.com [205.188.160.193]) by ciaaol-d01.mail.aol.com (v118.4) with ESMTP id MAILCIAAOLD012-ec1146b36f63c7; Fri, 03 Aug 2007 14:09:39 -0400 |
| **To:** | bearzbearzbearz@yahoo.com |
| **Subject:** | PM WEB SITE |
| **Date:** | Fri, 03 Aug 2007 14:09:39 -0400 |
| **X-MB-Message-Source:** | WebUI |
| **X-MB-Message-Type:** | User |
| **MIME-Version:** | 1.0 |
| **From:** | rbhofl@aol.com |
| **Content-Type:** | multipart/alternative; boundary="--------MB_8C9A41097BC9090_AE8_45AB_FWM-D01.sysops.aol.com" |
| **X-Mailer:** | AOL WebMail 29047 |
| **Received:** | from 74.246.125.172 by FWM-D01.sysops.aol.com (205.188.160.193) with HTTP (WebMailUI); Fri, 03 Aug 2007 14:09:39 -0400 |
| **Message-Id:** | <8C9A41097BC9090-AE8-226D@FWM-D01.sysops.aol.com> |
| **X-AOL-IP:** | 205.188.160.193 |
| **X-Spam-Flag:** | NO |
| **Content-Length:** | 951 |

MARK, PLEASE TAKE DOWN THE ENTIRE WEB SITE ASAP. PLEASE , TODAY,NOW. RESPECTFULLY
RON BUCCARELLI

---

AOL now offers free email to everyone. Find out more about what's free from AOL at **AOL.com**.

YAHOO! MAIL

Print - Close Window

| | |
|---|---|
| **X-Apparently-To:** | bearzbearzbearz@yahoo.com via 69.147.64.41; Sat, 04 Aug 2007 09:38:16 -0700 |
| **X-Originating-IP:** | [209.225.8.185] |
| **Return-Path:** | <racersedgephoto@charter.net> |
| **Authentication-Results:** | mta239.mail.re3.yahoo.com from=charter.net; domainkeys=neutral (no sig) |
| **Received:** | from 209.225.8.185 (EHLO mtai05.charter.net) (209.225.8.185) by mta239.mail.re3.yahoo.com with SMTP; Sat, 04 Aug 2007 09:38:15 -0700 |
| **Received:** | from aa03.charter.net ([10.20.200.155]) by mtai05.charter.net (InterMail vM.7.08.02.00 201-2186-121-20061213) with ESMTP id <20070804163815.TIJU10931.mtai05.charter.net@aa03.charter.net> for <bearzbearzbearz@yahoo.com>; Sat, 4 Aug 2007 12:38:15 -0400 |
| **Received:** | from ourhobbyroom ([71.94.24.51]) by aa03.charter.net with SMTP id <20070804163815.MHES7864.aa03.charter.net@ourhobbyroom> for <bearzbearzbearz@yahoo.com>; Sat, 4 Aug 2007 12:38:15 -0400 |
| **Message-ID:** | <001201c7d6b5$db0d3910$33185e47@ourhobbyroom> |
| **From:** | "Michael Gallagher" <racersedgephoto@charter.net> |
| **To:** | "Mark Daniels" <bearzbearzbearz@yahoo.com> |
| **Subject:** | It' Paula Mark |
| **Date:** | Sat, 4 Aug 2007 09:38:14 -0700 |
| **MIME-Version:** | 1.0 |
| **Content-Type:** | multipart/alternative; boundary="----=_NextPart_000_000F_01C7D67B.2E517400" |
| **X-Priority:** | 3 |
| **X-MSMail-Priority:** | Normal |
| **X-Mailer:** | Microsoft Outlook Express 6.00.2900.3138 |
| **X-MimeOLE:** | Produced By Microsoft MimeOLE V6.00.2900.3138 |
| **X-Chzlrs:** | 0 |
| **Content-Length:** | 571 |

Hi Mark,

Can you tell me how much Mikes website would cost if we bought it? Were both on SS Disability now and don't have much money but this might be the way to go.

Thanks,
Paula

YAHOO! MAIL



| | |
|---|---|
| **X-Apparently-To:** | bearzbearzbearz@yahoo.com via 69.147.64.47; Fri, 03 Aug 2007 15:55:59 -0700 |
| **X-Originating-IP:** | [209.225.8.187] |
| **Return-Path:** | <racersedgephoto@charter.net> |
| **Authentication-Results:** | mta408.mail.re4.yahoo.com from=charter.net; domainkeys=neutral (no sig) |
| **Received:** | from 209.225.8.187 (EHLO mtao02.charter.net) (209.225.8.187) by mta408.mail.re4.yahoo.com with SMTP; Fri, 03 Aug 2007 15:55:58 -0700 |
| **Received:** | from aa03.charter.net ([10.20.200.155]) by mtao02.charter.net (InterMail vM.7.08.02.00 201-2186-121-20061213) with ESMTP id <20070803225558.FFMH16610.mtao02.charter.net@aa03.charter.net> for <bearzbearzbearz@yahoo.com>; Fri, 3 Aug 2007 18:55:58 -0400 |
| **Received:** | from ourhobbyroom ([71.94.24.51]) by aa03.charter.net with SMTP id <20070803225558.QPSE7864.aa03.charter.net@ourhobbyroom> for <bearzbearzbearz@yahoo.com>; Fri, 3 Aug 2007 18:55:58 -0400 |
| **Message-ID:** | <000e01c7d621$7aaef660$33185e47@ourhobbyroom> |
| **From:** | "Michael Gallagher" <racersedgephoto@charter.net> |
| **To:** | "Mark Daniels" <bearzbearzbearz@yahoo.com> |
| **Subject:** | PM website |
| **Date:** | Fri, 3 Aug 2007 15:56:07 -0700 |
| **MIME-Version:** | 1.0 |
| **Content-Type:** | multipart/alternative; boundary="----=_NextPart_000_000B_01C7D5E6.CDF7EC40" |
| **X-Priority:** | 3 |
| **X-MSMail-Priority:** | Normal |
| **X-Mailer:** | Microsoft Outlook Express 6.00.2900.3138 |
| **X-MimeOLE:** | Produced By Microsoft MimeOLE V6.00.2900.3138 |
| **X-Chzlrs:** | 0 |
| **Content-Length:** | 1280 |

Hi Mark

Well I guess the website is declared dead. Ron is upset about it and so am I. Ron said you had the beginning of a first class website. but RARA is being an a--hole about it and now Wayne is also being a total ass. He thinks I don't deserve any type of exposure. Oh well. After 6 years of this bullshit I am now throwing in the towel. I sent in my form to get my press pass and now I know I won't be getting it. This is really getting old. I am sure he is the one who talked with RARA about the website and now they are telling Ron that if he dosen't stop the website and stop associating with you then he won't be able to race. So what choice does Ron have? I feel bad for him. I was hoping things may have calmed down by now. But Wayne has never been happy with me. He has neveer posted a photo from me. And he's upset that I didn't report about Precious Metal being repaired last weekend. Ron said he didn't want any thing being written about it until they were sure about the super charger being repaired. Anyway, I've had it. Thanks again for eveything you have done for me. You taught me alot, and for that I say, THANK YOU from my heart.

Mike Gallagher

YAHOO! MAIL

Print - Close Window

| | |
|---|---|
| **Received:** | from [63.164.145.85] by web83302.mail.sp1.yahoo.com via HTTP; Sat, 04 Aug 2007 15:04:45 PDT |
| **Date:** | Sat, 4 Aug 2007 15:04:44 -0700 (PDT) |
| **From:** | "Mark S Daniels" <bearzbearzbearz@yahoo.com> |
| **Subject:** | SAFETY ALERT ~ HIGHEST LEVEL OF DANGER TO ILIPS REPORTERS ~ From Publisher, ILIPS Group International |
| **To:** | "Duane H" <dkh7d108@hotmail.com>, "Anthony T" <anthem1@socal.rr.com>, "R. W. Pisio" <photog@rwphotos.com> |
| **MIME-Version:** | 1.0 |
| **Content-Type:** | multipart/alternative; boundary="0-1573351369-1186265084=:64215" |
| **Content-Transfer-Encoding:** | 8bit |
| **Content-Length:** | 4314 |

TREAT THIS AS CONFIDENTIAL...NOT FOR RELEASE UNTIL DIRECTED BY THE PUBLISHER OF ILIPS GROUP INTERNATIONAL...FOR YOUR EYES AND INFORMATION ONLY:

Attention all ILIPS reporters and photojournalists:

At this time, the Reno Air Racing Association is once again targeting this publication and its Publisher with false statements, lies and worse...

...RARA, Mike Houghton, Wayne Sagar, and a woman believed to be Valerie Enos, Marketing Director of RARA, are presently involved in a Racketeering effort to try and break off the association of the Precious Metal Air Racing Team with ILIPS Group International Publisher Mark S. Daniels.

As of last night, the Precious Metal Air Racing Team website, which we were hosting, has been taken down at the request of Ron Buccarelli, co-owner and pilot of Precious Metal.

My association with Ron is being attacked by RARA, Sagar, Enos and others, and the Team has been told that they will not be allowed to race if they do not end their association with me. This results in multiple Civil Rights violations, a Racketeering charge with each, and Racketeering charges in general, in regards to "threats, intimidation, coercion, harassment, blackmail," and more, all being a part of the Racketeering Influenced Corrupt Organizations Act, or RICO.

All ILIPS reporters, contributors, free lance contributors, staff, et al, are strongly advised to utilize extreme discretion while attending the Reno National Championship Air Races this September, 2007. You are STRONGLY advised to take measures for your safety, the safety of those with you, and the safety of unknowing, yet innocent individuals in your general area.

You are STRONGLY advised to stay away from the Ramp and the event site itself on Stead Airport, Nevada. This Publication considers the Valley of Speed a safe area in which you should not be bothered. That is the only area this Publication and its Editor considers safe for its reporters and photographers. If you proceed into the event site itself, you do so at your own discretion and at great risk to your persons, property, equipment and any imagery you shoot while on that site.

We are advised of the extreme hostility directed towards this publisher by Mike Houghton, Wayne Sagar and other officers and agents of the Reno Air Racing Association (RARA), the Reno Air Racing Foundation (RARF) and its Director, Tom Gribbin, and others within or operating on behalf of RARA, to include at least two racing class Presidents (Sport and IF1) and allegedly, other racing plane pilots, team owners, crew members and interests, that are operating at Stead.

We must warn you not to trust any Journalist outside of ILIPS Group International, in particular, those working directly for Mr. Wayne Sagar, AAFO.Com, to include but not limited to: Victor Archer, Neal and Birgitta Nurmi, and Naomi West. "Dominic" from France is considered a non-threat and dis-involved from this matter by

geographic locale and kind nature.

Photographers Rick W. Pisio and Anthony D. Taylor have been specifically identified in conversations by phone and possibly in writing in regards to their association with ILIPS Group International. As both of you (Rick and Anthony) were added by me to the Precious Metal website in terms of "contributing photographers," you have been mentioned by name and further, Mr. Sagar's associates and Mr. Archer in particular, know you Rick, by sight.

We anticipate rough treatment if you are found on the ramp. My advice once again, is to remain clear of the event site away from RARA/AAWC Security.

I am advised that Houghton will take action ~ possibly as early as Tuesday ~ to ban the Precious Metal Air Racing Team from this year's event due to personal offense taken over the Team's association with this Editor.

I am already in contact with the FBI in Dallas and taking action in regards to this latest RICO Act conduct by Houghton, RARA, Sagar, AAFO and others.

This particular information regarding Law Enforcement interest is NOT to be released to anyone, particularly AAFO or any friends you have in Journalism and the races. Lives will be endangered if this information is released, let there be no doubt about that.

I fully intend to be at the Air Races and will make as many attempts to enter the site to review the Public Record as is humanly possible in the time allotted for the event.

Therefore, let me take the HEAT; keep your distance at all times; watch your backs; report any and all suspicious activities to me immediately and take the greatest care for your safety, those of your friends and loved ones, as you have ever considered taking in your entire lives to date.

This is NOT a game. This is REAL. These are Mobsters and Racketeers that we are dealing with and they are a most dangerous breed, not only for their contempt for others and the Law, but due to their serious lack of knowledge in regards to the latter and the aura of lawlessness they themselves have established on the Stead Airport ram and in Air Racing, in general, throughout the United States.

I am, in the strongest terms, anticipating violent acts by RARA, its Security, whatever thugs it brings in to deal with matters, and their bought and paid for Law Enforcement managers (Reno P.D. in particular) in the Reno-Stead area.

I am also informed that they will be attempting TSA complaints against me, claiming I have threatened Houghton and his family (a lie in regards to his family; as for his misconduct and future misconduct, Houghton has had certain knowledge imparted to him and is therefore warned to stay away from me due to his past attempts on my life and those of others...), and that I am threatening with bombs and guns (again, denied, as I have only imparted my knowledge and ability in their use per my time in the military, to serve as a deterrant to Houghton and his thugs from approaching me whatsoever, let alone, in numbers great or small....).

At present, I am in contact prior to these latest issues arising this past week, with the Department of Transportation, Inspector General's Office, the NTSB, the FAA (these two in regards to FOIA), the FBI in Florida (regarding the mentally ill James R. Campbell having a medical, a pilot's license and a Glasair, plus his flying activities as reported by him in Aero-News.Net), and now, the FBI in Dallas. I have further documentation in preparation for two more Federal agencies operating with jurisdiction over Nevada from California, including the FBI offices there.

Again, words are not enough as I try to impart the seriousness of this situation to you all.
If you intend to attend the races at Stead, please limit yourselves to the Valley of Speed for observation, photography and stories, and to hell with the event itself on the ramp.

Your lives are priceless and no Air Race on this planet is worth their loss, especially when such an event as the Reno National Championship Air Races have become nothing more or less than a facade for Racketeers and Thugs to hide behind, not to mention, countless, faux Journalists, who are anything but and neither have, nor maintain, proper standards of conduct and Journalistic Codes of ethics, despite their false claims.

Sincerely,

Mark S. "Bear" Daniels
Publisher
ILIPS Group International

BRDB!!! (= Best Regards DA BEAR!!!)
a.k.a. Mark S. "Bear" Daniels
Publisher:
Images of Light Internet Press Service (ILIPS)

YAHOO! MAIL

Print - Close Window

| | |
|---|---|
| **X-Apparently-To:** | bearzbearzbearz@yahoo.com via 69.147.64.36; Mon, 06 Aug 2007 22:03:11 -0700 |
| **X-Originating-IP:** | [72.22.92.33] |
| **Return-Path:** | <photog@rwphotos.com> |
| **Authentication-Results:** | mta246.mail.mud.yahoo.com from=rwphotos.com; domainkeys=neutral (no sig) |
| **Received:** | from 72.22.92.33 (HELO host570.ipowerweb.com) (72.22.92.33) by mta246.mail.mud.yahoo.com with SMTP; Mon, 06 Aug 2007 22:03:11 -0700 |
| **Received:** | (qmail 11950 invoked by uid 3128); 7 Aug 2007 04:59:19 -0000 |
| **Received:** | from 127.0.0.1 by host570.ipowerweb.com (envelope-from <photog@rwphotos.com>, uid 1002) with qmail-scanner-1.25st (clamdscan: 0.88/1245. spamassassin: 3.1.0. perlscan: 1.25st. Clear:RC:1(127.0.0.1):SA:0(0.5/5.0):. Processed in 3.131335 secs); 07 Aug 2007 04:59:19 -0000 |
| **X-Spam-Status:** | No, hits=0.5 required=5.0 |
| **Received:** | from unknown (HELO host570.ipowerweb.com) (127.0.0.1) by host570.ipowerweb.com with SMTP; 7 Aug 2007 04:59:16 -0000 |
| **Content-Disposition:** | inline |
| **Content-Transfer-Encoding:** | quoted-printable |
| **Content-Type:** | text/html; charset="iso-8859-1" |
| **MIME-Version:** | 1.0 |
| **From:** | photog@rwphotos.com |
| **To:** | "Mark S Daniels" <bearzbearzbearz@yahoo.com> |
| **Subject:** | Recent Attacks on Precious Metal Team and ILIPS |
| **Reply-to:** | photog@rwphotos.com |
| **Date:** | Mon, 06 Aug 2007 21:59:16 -0700 |
| **X-Uidl:** | 397198.66173.qm@web83304.mail.sp1.yahoo.com |
| **X-Mailer:** | AtMail 4.03 |
| **X-Qmail-Scanner-Message-ID:** | <118646275692211907@host570.ipowerweb.com> |
| **Content-Length:** | 4325 |

Hello Mark,

I have just returned to town after 4 nights camping in Yosemite National Park and am catching up on the e-mail.

The current events are very disturbing and it does bother me that my name would be mentioned. Although, at Minter this year I was told by Victor Archer that during last years press photographer briefing all photographers were instructed to notify race officials if they saw any photographer associated with Mark Daniels on the grounds. During the event I saw both Victor Archer and said hello to Wayne Sagar (he didn't know who I was) and neither of them fingered me to race officials. Last year was very unnerving for me and I will confess that I was a bit paranoid as I was standing in line to purchase a ticket.

With that being said, I am not too concerned for myself and the safety of my son this year at Reno as it is very likely that we won't be present during the event. Over the last few weeks I have had the opportunity to spend some real quality time with my son as we have traveled together and camped throught the west. I have come to the realization that he is at a very critical juncture in his life and decisions, no matter how tough or inconvenient to me, have to be made.

The weekend of the Reno Invitational Air Show happens to fall on the same weekend as a Boy Scout event that is critical to his advancement towards Eagle Scout. Both he and I realize that an entertainment event like the Reno Air Show are trivial when it comes to matters that affect his future and his development as a person.

My non-attendance is not public knowledge at this time and I think I would like to keep it that way for the time being.

I will follow up more on this at a later time as spending the last 3 nights sleeping on the ground has really left me sleep deprived.

Rick

**On Mon Aug 6 18:57 , Mark S Daniels <bearzbearzbearz@yahoo.com> sent:**

> Greetings, all:
>
> This is just to update you that we have not heard back from the FBI in regards to recent activity directed at harming those whom associate with ILIPS, plus attacks on ILIPS behind the scenes in Air Racing that are being concerted between RARA and AAFO.Com, minimum.
>
> I will be in contact with the FBI tomorrow and following up on an additional FBI complaint in regards to Campbell at ANN. Comments made by Mr. Houghton connect with Mr. Campbell verbatim, meaning I will have to have the complaint expanded in the east.
>
> In the meantime, complaints are in process with the Department of Transportation and FOIA demands are in at the FAA. We are appealing an FAA indication that they have no records of an incident involving Houghton attempting to Monopolize and gain control of the Sport, and our witnesses in that regard are "Gold" and documentation does exist in such case.
>
> The NTSB has already responded with document supporting the conclusions of the NTSB SE-4661 on Campbell. I have been advised by the FAA FOIA to contact the FAA and file a complaint, however, prior history shows that the FAA does nothing more or less to address, and then cover-up, legitimate safety complaints for people and companies in power. Therefore, my complaint has been filed with the Inspector General at the Department of Transportation.
>
> Checking traffic statistics, traffic is notably down but is more likely to have been caused by my illnesses and the websites falling apart during that time frame, so an effort is begun to beef up the websites with new and additional materials, while at the same time, making old links workable again and upgrading the pages within a given site.
>
> We are initiating EXTRA!!! based on conversations with the Plaintiffs in the Water Works Case Scandal, whom along with the Lear grandsons, are moving ahead into Federal Courts at this time with their complaints and appeals respectively. We are planning a move from Dallas to Las Vegas by October 1st, 2007, with the intent of pursuing litigation in the Federal Courts there, and later in Washington D.C.
>
> In regards to the libel and slander campaign hosted by Mike Houghton of RARA and Wayne Sagar of AAFO.Com, we have documentation to prove that an effort has been underway. Among co-conspirators we are including Valerie Enos, Director of Marketing for RARA, based on reports of slanderous and threatening remarks made by her in both ILIPS Group and my regard.
>
> If any of you have any text messages or memories of conversations that lend themselves to libel and slander designed to destroy my credibility or harm traffic at these websites, having that information at this time would

be appreciated.

I have two messages so far and a series of "Scathing" messages delivered on two others related to the Precious Metal Air Racing Team, including Ron Buccarelli.

Mr. Houghton has accused him of giving me "credibility" in Air Racing, an erroneous charge, seeing as how Mr. Buccarelli has only given me friendship in our association, and the paranoid, destructive, wanton and criminal conduct of Houghton and Sagar have done more for my credibility than anyone in Air Racing could have ever given me otherwise.

I need to take these people down once and for all. Any help would be appreciated. Just the same, whatever my credibility in Air Racing, consider the position the Sport is in thanks to people like Houghton and Sagar, and tell me how I'm hurt when I have the remainder of Aerospace to work in and further, there are other Air Race start-ups that will be occurring in the next three years independent of the dying event in Reno.

The potential to save the Reno Air Races is strong, due to the provable Racketeering underway in the Sport, not to mention, provable fraud and land fraud.

So my attitude is one of going through Law Enforcement and the Courts to go on the attack and the goal is to save the Reno Air Races by cleaning out corruption in RARA, RARF, FAA and AAWC, along with Jones Vargas Law Firm and Senator Raggio, a member of Jones Vargas and the one in control of all this Racketeering.

I've been looking for a domino to fall and this is one that has seemingly stepped forward of its own volition, ready for a push.

Again, any assistance in dealing with the slanderers and libelers, and identifying them as connected to Houghton or Sagar, or both, would be helpful.

Just the same, with what I am aware of at this time as coming from Houghton, Sagar and Enos, they will be seeing some prison time if I have my way. And I think I will the evidence to accomplish that within 48 hours, beyond what I already have.

I thank you for your time. I want you all to remain on high alert, especially if anyone in Houghton's or Sagar's circles know whom you are and what you look like. The Valley of Speed will be more than safe. My only concern is entering the event site, meaning, the Pits, grandstands and hangars. In that regard, I will push hard on the FBI to make sure all of us ~ myself included ~ will be walking through the Pits unimpeded and unthreatened by September 1, 2007. That is my deadline for action from the Government.

After that, OSC to Federal Court and injunctions as necessary.

Again, I would appreciate it if this information is kept under your hats.

Best Regards,

Mark S. "Bear" Daniels
Publisher
ILIPS Group International
www.ilips.net

P.S. I would appreciate it if all mails go through the bearzbearzbearz@yahoo.com return address. I check hotmail infrequently.

BRDB!!! (= Best Regards DA BEAR!!!)
a.k.a. Mark S. "Bear" Daniels
Publisher:
Images of Light Internet Press Service (ILIPS)

YAHOO! MAIL

Print - Close Window

| | |
|---|---|
| **Received:** | from [75.52.154.182] by web83307.mail.sp1.yahoo.com via HTTP; Fri, 10 Aug 2007 19:03:34 PDT |
| **Date:** | Fri, 10 Aug 2007 19:03:34 -0700 (PDT) |
| **From:** | "Mark S Daniels" <bearzbearzbearz@yahoo.com> |
| **Subject:** | Update & Notice of Disclaimer |
| **To:** | "Ron Buccarelli" <rbhofl@aol.com> |
| **MIME-Version:** | 1.0 |
| **Content-Type:** | multipart/alternative; boundary="0-497294042-1186797814=:15003" |
| **Content-Transfer-Encoding:** | 8bit |
| **Content-Length:** | 7500 |

Hello, Ron!:

Your website has been taken down and I'm constructing my new Air Racing Art Gallery on that location. The name of the Art Gallery is played off the domain name ~ not your Team name ~ and is as follows:

"Precious Metal ~ An Air Racing Art Gallery"

This is because the art I will be featuring is strongly influenced by metallic and metalflake colors, in addition to other art mediums, such as oils and watercolors, with both lending themselves well to Metallic colors.

This is not a joke ~ this is not an attempt to play with their minds ~ I m a professional artist, on top of everything else I've been doing. Just haven't been involved with it in a while, except I got into practice during my last hospitalization while I was waiting for them to thin my blood. Had nothing better to do with my time and I've been working over the past year to get back to my art again.

I'm utilizng the work done on the website so far in regards to backgrounds and colors to display the effect of Metallics. I will be exploring changing the background a little later. If I do, I will change font style as well to diverge from the Team website look.

However, the context of the use of the term "Precious Metal" is now legitimately changed and applied towards art, and has nothing to do with your racing plane or racing team. I've changed the whole meaning by applying what are referred to as "common words in useage" to reflect a new, totally different site.

This way, I can make use of that URL (domain) and have it in my possession at time of Court. Also, being a Veteran, my funds are limited and "waste not, want not," so its like I always say: "Necessity is a Mutha of an Invention!" My view of things being slightly askew, of course.

A disclaimer is posted on the home page and reads as follows to back that issue up:

"This Website is No Longer Affiliated With Ron Buccarelli, Jere Creed or the Precious Metal Air Racing Team, of Ft. Lauderdale, Florida. A New Website is Under Construction for Installment here.

For Precious Metal News as featured with all other Air Racing News, please visit the websites above, or:"

All traffic that was going to the site is redirected to my other websites that contain Aviation, Aerospace and Air Racing News, among others.

At The Home Pylon Group, which is a First Amendment protected News site, I am rearranging the website to reflect the work done at Aviation & Marine USA.Com, in which every business mentioned at that site has its own webpage where people can go to a directory, click on a link and read news specific to that Business entity.

I am working on the same thing for www.thehomepylon.com in which every Air Racing Team or group affiliated

with Air Racing in general, will have their own website. Your materials will appear there, but not as an official "anything," as it will simply be First Amendment protected news and all Air Racing Teams will be affected, not just yours. Houghton won't be able to shut you down because he'd then have to shut down Strega, Rare Bear, Sanders Air Racing, September Pops, and so on and so forth.

We are going back to normal news reporting with the special touch we like to give things here at ILIPS Group International, and therefore, everyone in Air Racing ~ except the Reno Air Racing Association and the NCARs ~ will received equal treatment alongside you, whether they like it or not. No one controls my First Amendment work but me.

In the meantime, RARA and the NCAR are in our sights on the Law Page, and that's where they will get their continuing bad and worse Press. We are skirting this issue so that we have the element of surprise...if they see me doing nothing but talking s~t, then they will continued to be lulled into believing I am going to do nothing about this latest issue.

They weren't getting any bad Press at your website and as you noted, they even were mentioned in order to specifically honor your wishes and keep you out of the middle of all this.

Therefore, on the Art Gallery page, which will be ever-changing over the next few weeks, we have linked to your planned presence at the Gathering of Mustangs & Legends at Rickenbacker International Airport.

Under no circumstances are we linking at this point to RARA or the RNCAR, or your presence there. Sorry about that, but that's that.

Therefore, consider yourself free of ILIPS Group International "association," however, just like everyone else, we have a First Amendment Right and Responsibility to report news, and our reporters will be out there looking to report on you and everyone else in Air Racing that isn't involved in misconduct on Houghton's side. In particular, those that are loyal to Houghton for their own personal gain operate in Sport Class and IF1, and as for them, we're ignoring them. If my writers choose to cover them or present a photo, it will get printed and their Editorial content will not be interfered with by this Editor in regards to their First Amendment Rights.

I have made initial contacts with Attorneys regarding this matter and am still awaiting contact from the FBI here in Dallas and in Lakeland, along with some other agencies that I've also been in contact with. They indicate there may be some delay in contacting me, which means there will be delay in their contacting you as well.

This is the update. I left a message for you to call but that is no longer necessary.

If those assholes have any further complaints, they need to take it up with me, the owner of the domain and gallery. Everything you will see on that page is true, to include the fact that I studied with Robert Burridge, a rather famed California artist (and Ron, BOY is he GOOD!), and that I am one of his students.

I will add that the statement about my being a professional artist is also true, having sold at least one work (one is all it takes) that was non-photography, non-aviation, and of a medium involving a mix of gesso paste on canvas with watercolor. That painting featured an impressionist's view of a Dolphin and was sold to an individual in the Vandenberg AFB, California, area. I have a second such "Sea Life" work, only much larger, in storage in California that I will be collecting up soon. And in addition to my photography, I am expanding out into other arenas involving traditional and alternative art forms, with three canvases presently underway or awaiting preparation for oil works I will begin this week.

All this was in the works...so for now, how fortuitous that I suddenly have a domain name available.

So everything on that page is true and if they don't like it, that's too bad for them. If Houghton has someone that wants to do a site for you, there is one thing I did forget: he can obtain a different URL. The name " www.preciousmetalairracingteam has not been taken. The link I just created will go nowhere, by the way. So all they have to do is slap on the word "team," and they can build you a website under that banner. Or, they can get Parmenter's name from him. However, if I were you, I'd consider hiring your own man or there is always Mike Gallagher, who is chomping at the bit for exposure...a good thing. He can be set up very nicely, very easily, and with some secret help in the background processing images for him while he puts his own touch on his website and yours, if you so choose.

For legal reasons involving the pending Court cases, I need to hold onto this domain in order to show that what they've done is not legal and involves Racketeering. Once Court is over, and if you want that domain, it will be yours for the taking at no cost. I will change the name of the gallery at that time. Otherwise, how things are now will "remain" the same.

OR, we can sell it to Houghton for $500,000.00 so you can upgrade your racer to National Championship winning standards!

Wouldn't that be FUN!?

There will be new races coming up, so we'll be able to cover your team without all this hassle anyway. I'll be at Reno unless the Feds have some particular reason that they want me to stay away. Otherwise, another confrontation will be at hand.

If the Feds tell me to stay away, by hook or by crook, I'll be seeing you at Rickenbacker.

If you have any further need for contact, you have my phone and e-mail. When the FBI gets involved in this, I will notify you. And I do intend they be in touch. If Dallas FBI takes to long, then I'll be calling Washington D.C. by the end of next week. I ain't playing around with the ***Midget Mob Boss of Reno Stead*** anymore.

Make sure you read one of the websites, Aviation and Marine or Silver State News. Ol' Joey Scolari is in big trouble with a District Judge over his sexual harassment case, with the Judge indicating that the "Owners" were also involved in this conduct. The Judge seriously refused to dismiss the case and the E.E.O.C. is ecstatic, because now Scolari is looking at $5.1 million in penalties for their misconduct. I put up the quotes from the Judge and will be following up on this case as well, which I was doing when I came across those quotes the night before last.

I believe the reason those women in the office were fired was to get them out of the way in regards to this sexual harassment issue, especially since I've been trying to get the EEOC to look into reports of the same by Houghton at RARA, with his connection to Scolari.

That's about it...I'll be working on the FBI and on getting the other websites fully operational, plus getting those home pages back up and your materials as well, but under my news banners. They KNOW they can't touch you there and let me assure you, they should not have picked on you in the first place, telling you who your friends can be or not.

First Amendment: Right to Assemble Peaceably. More than just protection for protestors, it's a matter of being allowed the simplest of things, your friends and your right to choose whom your friends will be, not someone else deciding that for you. Especially not mobsters.

Best of Luck to you at the Dog & Pony Show!

Gonna get out of your hair for awhile. Too much work on my plate with all these other sites...see ya laterz!

BTW, if you see me at the Races, I **strongly** advise you go the other way. Nothing personal, but they were expecting me the last time at your pit, and they'll be expecting me this time, but that ain't going to be as I'm expecting violence from them. Therefore, I'm heading straight for the Public Records in the RARA hangar.

We'll have the showdown there...right in the middle of their stinking nest:

Trust me..if you are in that area (RARA hangar) and see me coming...leave immediately. Don't say Hi, don't stop to shake my hand, leave.

I will be **unarmed,** bringing Press and a Keep the Peace visit (Sheriff or FBI) with me...

...but they won't be, you can bet your bottom dollar on that. They're looking for the first opportunity they can get to render me dead. Their Modus Operandi (Method of Operation) has shown itself before, and is already

showing itself again. It is "in the works."

So if you see me, nothing personal, but find a diverging course or go the other way. Trust me...I will not be there to see you at the event site...I'm there for a confrontation and to get that Public Record.

I am NOT bringing the confrontation around your Pit. I am NOT going NEAR your Pit, because they think I will.

That would be like ringing your doorbell, inviting myself for dinner along with my friend, and my friend happens to be a Tornado. The next meeting Houghton and I will be having will not be anywhere near, let alone, in the presence of your family, Team, fans or friends.

Besides, element of surprise!

This year is their "Pearl Harbor," only, unlike the American fleet in the Pacific, they deserve what they've got coming.

The Law.

BRDB!!!

BRDB!!! (= Best Regards DA BEAR!!!)
a.k.a. Mark S. "Bear" Daniels
Publisher:
Images of Light Internet Press Service (ILIPS)

JS 44 (Rev. 10/06)

ORIGINAL

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** IN PRO PER
MARK S. "BEAR" DANIELS, PUBLISHER
ILIPS GROUP INTERNATIONAL

**(b)** County of Residence of First Listed Plaintiff DALLAS COUNTY
(EXCEPT IN U.S. PLAINTIFF CASES)

3-07CV1414-L

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

**DEFENDANTS** RENO AIR RACING ASSOCIATION, AIRPORT AUTHORITY OF WASHOE COUNTY, FEDERAL AVIATION ADMINISTRATION, RARF, AAFO.COM, AERO-NEWS.NET, ET AL

County of Residence of First Listed Defendant WASHOE
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known) JONES VARGAS LAW FIRM
100 WEST LIBERTY STREET, 12TH FLOOR
RENO, NV 89504

RECEIVED
AUG 16 2007
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- XXX 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | XXX | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- XX 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

XX 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing **(Do not cite jurisdictional statutes unless diversity)**:
470 RACKETEERING INFLUENCED CORRUPT ORGANIZATIONS ACT (RICO)

Brief description of cause: THREATS OF HARM TO FRIENDS, ASSOCIATES RE ASSOCIATION

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes XX No

## VIII. RELATED CASE(S) PENDING OR CLOSED

(See instructions): JUDGE DOCKET NUMBER

DATE AUGUST 16, 2007

SIGNATURE OF ATTORNEY OF RECORD IN PRO PER

**FOR OFFICE USE ONLY**

RECEIPT # AMOUNT APPLYING IFP JUDGE MAG. JUDGE